**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6929**

UNITED STATES OF AMERICA,

        Defendant - Appellee,

    v.

CLINTON SHAWN MARTIN, JR.,

        Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg.  Michael F. Urbanski, District Judge.  (5:09-cr-00043-SGW-1)

Submitted:  September 9, 2015    Decided:  September 14, 2015

Before SHEDD, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Clinton Shawn Martin, Jr., Appellant Pro Se.  Grayson A. Hoffman, Jeb Thomas Terrien, Assistant United States Attorneys, Harrisonburg, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clinton Shawn Martin, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction pursuant to Sentencing Guidelines Amendment 782. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Martin, No. 5:09-cr-00043-SGW-1 (E.D. Va. filed May 28, 2015, entered May 29, 2015). We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED